**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Allen Woods, | No. CV-18-08255-PCT-DJH (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Stephanie Herrick, et al., | |
| Defendants. | |

On June 14, 2019, the Court denied Plaintiff's "Motion for Leave to Waive the Formal Requirements of LRCiv 5.4" (Doc. 9) without prejudice as Plaintiff provided no specific factual basis or any supporting documentation from which the Court reasonably could find that a waiver of LRCiv 5.4 is warranted in this case. (Doc. 10). The Court has reviewed Plaintiff's July 1, 2019 filing (Doc. 12), which the Court construes as a renewed "Motion for Leave to Waive the Formal Requirements of LRCiv 5.4."[1] Plaintiff has submitted documentation indicating the prices of the prison commissary items and also has submitted a copy of his inmate trust account. For good cause shown,

**IT IS ORDERED** granting Plaintiff's July 1, 2019 Motion (Doc. 12).

---

[1] The filing is captioned as a Motion for Reconsideration. However, "[a] motion for reconsideration is not a vehicle to reargue the motion or to present evidence which should have been raised before." *Bermingham v. Sony Corp. of Am., Inc.*, 820 F.Supp. 834, 856 (D.N.J. 1992); *see also Kona Enterprises, Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000) (a motion for reconsideration "may not be used to raise arguments or present evidence for the first time when they could reasonably have been raised earlier in the litigation").

**IT IS FURTHER ORDERED** waiving the requirements of LRCiv 5.4 as to Plaintiff.

Dated this 12th day of July, 2019.

_____
Eileen S. Willett
United States Magistrate Judge